Ernestine **THOMAS**, Plaintiff and Appellee, v. **METROPOLITAN LIFE INSURANCE COMPANY**, Defendant and Appellant.*
No. 14719.

Court of Appeal of Louisiana. Orleans.
June 28, 1934.

Spencer, Gidiere, Phelps & Dunbar and Louis B. Claverie, all of New Orleans, for appellant.

J. I. McCain and Herman L. Midlo, both of New Orleans, for appellee.

JANVIER, Judge.

The issues presented here are identical with those which we considered in the matter of Julia Crump, widow of Wilson Miles, v. Metropolitan Life Insurance Company, 156 So. 35, decided by us this day.

For the reasons therein given,

---

*Rehearing denied Oct. 1, 1934. Writ of certiorari granted Nov. 26, 1934.